AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM FRANCIS MINORE<br><br>*Defendant(s)* | Case No.<br>1:18-mj-83 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April, 2015 - September, 2016__ in the county of __Leelanau and Benzie__ in the __Southern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(d) | Bank Robbery |
| 18 U.S.C. § 924(c) | Use of a Firearm in Futherance of Bank Robbery |

This criminal complaint is based on these facts:
See attached Continuation.

☑ Continued on the attached sheet.

_____
Complainant's signature

Larry Stewart, Jr., Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/3/18

_____
Judge's signature

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*