UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM FRANCIS MINORE,

    Defendant.
_____/

No. 1:18-mj-83

MOTION TO SEAL

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Davin M. Reust, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: April 2, 2018

DAVIN M. REUST
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 4/3/18

RAY KENT
United States Magistrate Judge
United States District Court