UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No.   1:18-mj-83

v.

COMPLAINT
**PENALTY SHEET**

WILLIAM FRANCIS MINORE,

    Defendant.
_____/

**COUNTS 1, 3, 5: Armed Bank Robbery, 18 U.S.C. § 2113(d)**

**Maximum penalty:** Not more than 25 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 5 years [Class B Felony, 18:3559] [18 U.S.C. § 3583]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**Restitution:** Mandatory [18:3663; 18:3663A]


**COUNTS 2, 4, 6: Use of a Firearm in Furtherance of Bank Robbery, 18 U.S.C. § 924(c)**

**Minimum Penalty:** Not less than 7 years consecutive to any other sentences for the first § 924(c) conviction, not less than 25 years consecutive for each additional conviction. [18:924(c)(1)(A)(ii); 924(c)(1)(C)(i)]

**Maximum penalty:** Life imprisonment and/or $250,000 fine [18:924(c)(1)(A)(ii); 924(c)(1)(C)(i);3571]

**Supervised Release:** Not more than 5 years [Class A Felony, 18:3559] [18 U.S.C. § 3583]

**Special Assessment:** $100 [18 U.S.C. § 3013]


Date: April 2, 2018

/s/ Davin M. Reust
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046