UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:18–mj–00083–RSK

v.                                       Hon. Ray Kent

WILLIAM FRANCIS MINORE,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing |
| Date/Time: | April 16, 2018   01:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

                                                    RAY KENT
                                                    U.S. Magistrate Judge

Dated:  April 10, 2018        By:    /s/ Faith Hunter Webb
                                                    Judicial Assistant