UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM FRANCIS MINORE,

        Defendant.
_____/

Case No. 1:18-mj-83

Hon. Ray Kent

## ORDER FOR DISMISSAL OF COMPLAINT

A preliminary hearing having been held on April 17, 2018, and the Court having not found probable cause to believe defendant William Francis Minore committed the offenses charged in the complaint, therefore:

**IT IS SO ORDERED** that all charges against defendant William Francis Minore contained in the complaint are dismissed, and defendant is ordered released from custody of the United States Marshal.


Dated: April 18, 2018

/s/ Ray Kent
Ray Kent
United States Magistrate Judge